UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -8 P 1:59

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILE NO:

| | |
|---|---|
| JEROME ANTOINE, <br> *Petitioner* | ALIEN NO: A 43-680-899 |
| v. | 05cv 10246 RCL |
| JOHN ASHCROFT <br> ATTORNEY GENERAL <br> *Respondent* | |

### PETITIONER'S MOTION FOR STAY OF DEPORTATION AND OR REMOVAL

Now comes the Petitioner, Jerome Antoine, and through counsel respectfully moves the Honorable Court to stay his deportation, from the United States, pending the final determination of his petition for Writ of Habeas Corpus and appeals in this matter.

In support of the above statement the Petitioner states as follows:

(1). Petitioner was placed under deportation on August 25,, 2000, following his conviction at the United States District Court for the District of New York for violation of section 212(a)(2)(c) of INA, by unlawfully assisting an alien to enter the United States illegally.

(2). At the removal hearing following the conviction the petitioner filed for relief from removal by asking for asylum, withholding of removal and relief under the United Nations Convention Against Torture (CAT).

**Antoine/page2**

(3). The conviction barred the petitioner from pursuing the relief from asylum having been convicted of an offense, which fell under the aggravated felonies statute, 212(a)(2)(c), however the petitioner was eligible for relief for withholding of removal and relief under Section 3 of the United Nations Convection Against Torture, (CAT).

(4). The petitioner is asking for stay of removal because of his renewed application for withholding of removal and for relief under the UN Convention Against Torture.

(5). The petitioner is presently married to a US Citizen spouse, who has filed an alien relative petition. This petition is pending final adjudication by the US Citizen and Immigration Services.

(6). The petitioner is not a public safety risk; he does not carry arms and has never been convicted for assault and battery.

(7). The petitioner is not a flight risk and has his family in Boston, where he has lived since arrival to the US.

Wherefore the petitioner respectfully ask the Honorable Court to order the stay of his removal till the final determination of the petition.

*Antoine/page3*

**RESPECTFULLY SUBMITTED,**

                                                    *The Petitioner*
                                                  *Jerome Antoine*
                                                  *By his attorney*

                                                  *Sam Osagiede, Esquire*
                                                  *BBO # 636632*
                                                  *925 Washington Street Suite 9*
                                                  *Dorchester, Mass 02124*
                                                  *Tel: 617-282-1300*

Date: 2/15/, 2005