**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2005 FEB -8 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILE NO:

**JEROME ANTOINE,**      ALIEN NO: A 43-680-899
    Petitioner

    v.                   **05   10246 RCL**

**JOHN ASHCROFT**
**ATTORNEY GENERAL**
    Respondent

---

### PETITIONER'S AFFIDAVIT IN SUPPORT OF THE MOTIONS FOR STAY OF DEPORTATION AND WRIT OF HABEAS CORPUS

Now comes the petitioner, Jerome Antoine, and respectfully presents the following as his affidavit to support the motions for stay of deportation and Writ of Habeas Corpus. This affidavit is presented under the pains and penalties of perjury.

(1). My name is Jerome Antoine and I am presently in custody at the South Bay House of Correction pending my removal from the United States.

(2). On 12/12/2000, I filed petition for asylum and I also asked for relief of withholding from removal pending the adjudication of a family relative petition, being the family relative petition, filed on my behalf by my US Citizen spouse and I also asked for relief under Chapter 3 of the UN Convention Against Torture (CAT).

**Antoine/page2**

(3). At the individual hearing in the matter I was asked to provide documents which I could not obtain due to the circumstances of my forced departure from Haiti and also by virtue of the fact that most members of my family were already immigrated to the United States.

I suffer memory loss, and frequent block out due to the severe treating by the agents of the government. I also could not get a relative of mine who had sheltered me briefly in the course of my flight to assert given the fact that they were afraid and feared

for their personal safety..

It took me quite a long period to get a certified copy of the medical records detailing my treatment after the assaults and battered and physical attacks on my person by agents of the government. The medical records could not even write the full account of the attack, other than referring to it as an accident.

The delay caused by the search for the records caused the delay and my inability to meet the 30 day deadline for filling of the application for review.

**RESPECTFULLY SUBMITTED,**

SIGNED TODAY, 2/1/ , 2005, UNDER THE PAINS AND PEANLTIES OF PERJURY.

Jérome Antoine