AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

DISTRICT OF    MASSACHUSETTS

2005 FEB -8  P 1: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

Case Number:

ALIEN NO: A43-680-899.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JEROME ANTOINE,

05 cv 10246 RCL

I certify that I am admitted to practice in this court.

FEBRUARY 8, 2005
Date

Signature

SAM OSAGIEDE, ESQUIRE          #636632
Print Name                      Bar Number

925 WASHINGTON STREET, SUITE 9,
Address

DORCHESTER,        MASS           02124.
City               State          Zip Code

617-282-1300              617-282-4600
Phone Number              Fax Number