UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEROME ANTOINE, | ) | |
|       Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-10246-RCL |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, | ) | |
|       Respondent. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Respondent.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136