UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEROME ANTOINE, | ) | |
|       Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-10246-RCL |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security | ) | |
|       Respondent. | ) | |

## REQUEST THAT THE CAPTION BE AMENDED TO REFLECT THE APPROPRIATE RESPONDENT

The Petitioner has brought this habeas complaint against John Ashcroft, the former Attorney General of the United States. The authority exercised by the Attorney General and the Immigration and Naturalization Service ("INS") now resides in the Secretary of Homeland Security ("DHS") and the Bureau of Immigration and Customs Enforcement ("ICE") and Bureau of Citizenship and Immigration Services ("BCIS"). See Homeland Security Act of 2002, §§ 441(2), 442(a)(3), 451(b), 116 Stat. 2192, 6 U.S.C. §§ 251(2), 252(a)(3), 271(b) (2000 ed., Supp. II).

Pursuant to the foregoing, the Respondent to requests that the caption be amended to reflect Michael Chertoff, Secretary of the Department of Homeland Security as the appropriate respondent in this matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    _/s/ Mark J. Grady_____
    MARK J. GRADY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA   02210
    Tel. No. (617) 748-3136

Certificate of Compliance

I hereby certify that I attempted to contact Petitioner's counsel on April 4, 2006 but was unable to reach him. I left a message regarding this motion.

    _/s/ Mark J. Grady_____
    MARK J. GRADY
    Assistant U.S. Attorney

Certificate of Service

Both parties' counsel will be electronically notified.