UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEROME ANTOINE, | ) | |
|     Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-10246-RCL |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security | ) | |
|     Respondent. | ) | |

**REQUEST FOR AN EXTENSION OF THE TIME TO FILE AND ANSWER, MOTION TO DISMISS OR OTHER RESPONSIVE PLEADING**

    Now comes the Respondent to request that the time to file and answer, motion, or other responsive pleading be extended until April 25, 2005. In support of the motion, the Respondent states that the instant petition was received by undersigned counsel on March 29, 2005. In response, undersigned counsel immediately contacted immigration officials and discerned that the removal of the Petitioner would not be effected on or before May 2. 2005. Undersigned counsel relayed this information to this court's clerk on that date and has, this day, filed formal notice of that information in a preliminary response to the Petitioner's request for a stay. Moreover, the requested time is necessary to prepare a response and is not sought for the purpose of delay.

Wherefore the Respondent requests that the time to file an answer, motion to dismiss or other responsive pleading be extended until April 25, 2005.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney
_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

Certificate of Compliance

I hereby certify that I attempted to contact Petitioner's counsel on April 4, 2006 but was unable to reach him. I left a message regarding this motion.

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney

Certificate of Service

Both parties' counsel will be electronically notified.