UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEROME ANTOINE, | ) | |
|       Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-10246-RCL |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security | ) | |
|       Respondent. | ) | |

## RESPONDENT'S PRELIMINARY RESPONSE TO THE PETITIONER'S REQUEST FOR A STAY OF REMOVAL

On March 29, 2005, the Respondent became aware of the instant habeas petition and request for a stay of removal. This was the first notice received by the Office of the United States Attorney. In preliminary response to the Petitioner's Motion for Stay, the Respondent states that immigration officials have been consulted and the removal of the Petitioner in this matter will not be effected, at the earliest, before May 2, 2005.

                                                                  Respectfully submitted,

                                                                  MICHAEL J. SULLIVAN
                                                                  United States Attorney

                                                                  _/s/ Mark J. Grady_____
                                                                  MARK J. GRADY
                                                                 Assistant U.S. Attorney
                                                                U.S. Attorney's Office
                                                               John Joseph Moakley U.S. Courthouse
                                                               1 Courthouse Way, Suite 9200
                                                               Boston, MA   02210
                                                               Tel. No. (617) 748-3136