UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEROME ANTOINE, | ) | |
| Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-10246-RCL |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security | ) | |
| Respondent. | ) | |

## RESPONDENT'S NOTICE REGARDING REMOVAL STATUS OF THE PETITIONER

The Petitioner is scheduled to be interviewed for purposes of securing travel documents on May 2, 2005. For this interview, he will be temporarily out of the District of Massachusetts, however, will return to the District of Massachusetts on May 10, 2005. Upon completion of the interview process, the *earliest* that the Petitioner could be removed is May 16, 2005.

The United States further represents that it will provide this Court with five (5) days notice prior to the removal of the Petitioner.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136