UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME ANTOINE,<br><br>      Petitioner,<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,<br><br>      Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 05-10246-RCL |

ORDER ON MOTION OF THE PETITIONER FOR STAY OF REMOVAL

    Before the court is the motion of petitioner Jerome Antoine for a stay of removal pending the adjudication of his petition for habeas relief under 28 U.S.C. § 2241. After reviewing the pleadings, the court concludes that the petitioner has not shown a likelihood of success on the merits of his § 2241 petition. *See Arevelo v. Ashcroft*, 344 F.3d 1, 7 (1st Cir. 2003) (setting forth the requirements for the grant of a stay of removal). The court therefore DENIES the motion of Antoine for a stay of removal.

SO ORDERED

 4/28/2005                                    /s/ Reginald C. Lindsay
DATE                                      UNITED STATES DISTRICT JUDGE