UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| JEROME ANTOINE, *<br>      Petitioner   \*<br>                       \*<br>                       \*<br>  v.                 \*<br>                       \*<br>MICHAEL CHERTOFF,  \*<br>DEPARTMENT OF HOMELAND<br>SECURITY,               \*<br>      Respondent  \* | DOCKET NO: 05CV10246CRL<br>ALIEN NO: A-43680899 |

### NOTICE OF APPEAL

Please enter this notice of appeal from the decision of the US District Court, entered on 4/29/05 denying the Petition for Writ of Habeas Corpus and motion for stay of removal of the Respondent.

**RESPECTFULLY SUBMITTED,**

                                        The Petitioner
                                        Jerome Antoine
                                        By his Attorney

                                        Sam Osagiede, Esquire
                                        BBO #636632
                                        925 Washington Street, Suite 9
                                        Dorchester, Mass 02124
                                        Tel: 617-282-1300

Date: _____, 2005