<div style="text-align:center">

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

</div>

| | |
|---|---|
| JEROME ANTOINE, <br>           Petitioner <br><br> v. <br><br> MICHAEL CHERTOFF, <br> DEPARTMENT OF HOMELAND <br> SECURITY, <br>           Respondent | DOCKET NO: 05CV10246CRL <br> ALIEN NO: A- 43680899 |

## RESPONDENT'S MOTION FOR INTERIM INJUNCTION

Now comes the Respondent Jerome Antoine, and through counsel respectfully moves the Honorable Court for Interim Injunction to stay the order of the Court for removal of the Respondent, pending the final review of the US appeals Court for the first circuit.

**RESPECTFULLY SUBMITTED,**

<div style="margin-left:50%">

The Petitioner/Appellant
Jerome Antoine
By his Attorney

Sam Osagiede, Esquire
BBO # 636632
925 Washington Street, Suite 9
Dorchester, Mass 02124
Tel: 617- 282-1300

</div>

Date: _____, 2005