## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHSUETTS

JEROME ANTOINE,  *
           *Petitioner*  *
                *
                *
     *v.*           *
                *
MICHAEL CHERTOFF,     *
DEPARTMENT OF HOMELAND
SECURITY,            *
         *Respondent*  *

DOCKET NO: 05CV10246CRL
ALIEN NO: A- 43680899

### NOTICE OF COUNSEL APPERANCE

Please enter my appearance for the appellant in the above-entitled matter.

**RESPECTFULLY SUBMITTED,**

The Petitioner
Jerome Antoine
By his Attorney

Sam Osagiede, Esquire
BBO #636632
925 Washington Street, Suite 9
Dorchester, Mass 02124
Tel: 617-282-1300

Date: _____, 2005

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHSUETTS

JEROME ANTOINE,  *
             Petitioner   *
                    *
                    *

      v.               *
                    *

MICHAEL CHERTOFF,   *
DEPARTMENT OF HOMELAND
SECURITY,           *
            Respondent   *

DOCKET NO: 05CV10246CRL
ALIEN NO: A- 43680899


### CERTIFICATE OF SERVICE

This is to certify that I attorney Sam Osagiede counsel for the Appellant in the above entitled matter did served the notice of appeal from the decision of the US District Court and a motion for injunctive relief on the Appellee, the US Government, through the attorney of record, Mark Grady, Esquire, Department of Homeland Security, P.O. Box 8728, JFK Station Boston, Mass 02114 1 Court House Way, Boston, Mass 02210, today ⎯⎯⎯⎯⎯⎯⎯⎯, 2005 by first class mail postage prepaid.

Sam Osagiede, Esquire
Attorney at Law & Notary Public