## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10246

Jerome Antoine

v.

Michael Chertoff, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/2/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 4, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/6/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10246-RCL

Antoine v. Michael Chertoff
Assigned to: Judge Reginald C. Lindsay
Cause: Petition for writ of habeas corpus

Date Filed: 02/08/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jerome Antoine**    represented by    **Osamwonyi E. Osagiede**
Law Offices of Sam Osagiede & Assoc.
925 Washington Street
Suite 9
Dorchester, MA 02124
617-282-1300
Fax: 617-282-4600
Email: osagiedelaw@aol.com

*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Chertoff**
*Secretary of the Department of Homeland Security*

V.

**Respondent**

**Attorney General John Ashcroft**
*TERMINATED: 04/06/2005*

represented by **Mark J. Grady**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3136
Fax: 617-748-3971
Email: mark.grady@usdoj.gov
*LEAD ATTORNEY*

**Respondent**

**Michael Chertoff**
*Secretary of the Department of Homeland Security*

represented by **Mark J. Grady**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3136
Fax: 617-748-3971
Email: mark.grady@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5, receipt number 000000, filed by Jerome Antoine. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 5-12 NOT SCANNED)(Stanhope, Don) (Entered: |

| | | |
|---|---|---|
| | | 02/10/2005) |
| 02/08/2005 | 2 | Petitioner's MOTION for Stay of Deportation and or Removal. filed by Jerome Antoine.(Stanhope, Don) (Entered: 02/10/2005) |
| 02/08/2005 | 3 | Petitioner's MEMORANDUM in Support of 1 Writ of Habeas Corpus 2 MOTION for Stay of Deportation and or Removal filed by Jerome Antoine. (Stanhope, Don) (Entered: 02/10/2005) |
| 02/08/2005 | 4 | Petitioner's AFFIDAVIT in Support of 1 Petition for Writ of Habeas Corpus (2241), 2 MOTION for Stay of Deportation and or Removal. (Stanhope, Don) (Entered: 02/10/2005) |
| 02/08/2005 | 5 | NOTICE of Appearance by Osamwonyi E. Osagiede on behalf of Jerome Antoine (Stanhope, Don) (Entered: 02/10/2005) |
| 02/08/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Stanhope, Don) (Entered: 02/28/2005) |
| 02/08/2005 | 6 | Judge Reginald C. Lindsay : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. (Stanhope, Don) (Entered: 03/30/2005) |
| 04/04/2005 | 7 | NOTICE of Appearance by Mark J. Grady on behalf of John Ashcroft (Grady, Mark) (Entered: 04/04/2005) |
| 04/04/2005 | 8 | MOTION to Substitute Party *Michael Chertoff as Appropriate Respondent* by John Ashcroft.(Grady, Mark) (Entered: 04/04/2005) |
| 04/04/2005 | 9 | MOTION for Extension of Time to April 25, 2005 to File Answer re 1 Petition for Writ of Habeas Corpus (2241) *or Other Responsive Pleading* by John |

| | | |
|---|---|---|
| | | Ashcroft.(Grady, Mark) (Entered: 04/04/2005) |
| 04/04/2005 | 10 | NOTICE by John Ashcroft re 2 MOTION to Stay *That Removal Will Not Occur on or Before May 2, 2005* (Grady, Mark) (Entered: 04/04/2005) |
| 04/06/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 8 Motion to Substitute Party. Michael Chertoff rep by Mark J. Grady added. John Ashcroft terminated, granting 9 Motion for Extension of Time to Answer Michael Chertoff answer due 4/25/2005. (Stanhope, Don) (Entered: 04/07/2005) |
| 04/25/2005 | 11 | Response by Michael Chertoff to 1 Petition for Writ of Habeas Corpus (2241). (Attachments: # 1 Exhibit 1- IJ Decision# 2 Exhibit 2 - BIA Decision# 3 Exhibit 3 - Petitioner's Brief to the BIA)(Grady, Mark) (Entered: 04/25/2005) |
| 04/28/2005 | 12 | NOTICE by Michael Chertoff *of the Status of Petitioner's Removal* (Grady, Mark) (Entered: 04/28/2005) |
| 04/28/2005 | 13 | Judge Reginald C. Lindsay : ORDER entered denying 2 Motion to Stay. After reviewing the pleadings, the court concludes that the petitioner has not shown a likelihood of success on the merits of his petition for habeas relief. The court therefore DENIES the motion of Antoine for a stay of removal. (McGlamery, Jeanette) (Entered: 04/29/2005) |
| 05/02/2005 | 14 | NOTICE OF APPEAL as to 13 Order on Motion to Stay, by Jerome Antoine. $ 255, receipt number 63899 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/23/2005. (Abaid, Kim) (Entered: 05/03/2005) |
| | | |

| 05/02/2005 | 15 | MOTION for Interim Injunction by Jerome Antoine. (Abaid, Kim) (Entered: 05/03/2005) |
| 05/02/2005 | 16 | NOTICE of Appearance by Osamwonyi E. Osagiede on behalf of Jerome Antoine (Abaid, Kim) (Entered: 05/03/2005) |
| 05/04/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered denying 15 Motion for Interim Injunction (Hourihan, Lisa) (Entered: 05/04/2005) |