# MANDATE

05-1046

# United States Court of Appeals
## For the First Circuit

No. 05-1657

JEROME ANTOINE,

Petitioner, Appellant,

v.

MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,

Respondent, Appellee.

Before

Boudin, *Chief Judge*,
Lynch and Lipez, *Circuit Judges*.

JUDGMENT

Entered: May 12, 2005

Petitioner Jerome Antoine appeals the district court's denial of his motion to stay removal pending the resolution of his §2241 petition for a writ of habeas corpus. The motion to stay is <u>denied</u>. Petitioner has not established a likelihood of success on the merits and, accordingly, we affirm the district court's denial of his motion to stay removal. See Arevalo v. Ashcroft, 344 F.3d 1, 7, 9 (1st Cir. 2003).

By the Court:

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

MARGARET CARTER

Deputy Clerk

By: _____
Chief Deputy Clerk.

Date: AUG 01 2005